AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KAGAN, ELENA | SUPREME COURT | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ASSOCIATE JUSTICE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

1 FIRST STREET NE
WASHINGTON, D.C. 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VISITING PROFESSOR (JULY 2013) | UNIVERSITY OF THE PACIFIC MCGEORGE SCHOOL OF LAW |
| 2. | VISITING PROFESSOR (SEPTEMBER 2013) | HARVARD LAW SCHOOL |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | UNIVERSITY OF PACIFIC - TEACHING | $12,500.00 |
| 2. | 2013 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE - TEACHING | $14,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK UNIVERSITY SCHOOL OF LAW | APRIL 9, 2013 | NEW YORK, NY | SPEECH | TRANSPORATION, MEALS |
| 2. | ASPEN INSTITUTE | JUNE 27-JULY 2, 2013 | ASPEN, CO | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 3. | UNIVERSITY OF THE PACIFIC MCGEORGE SCHOOL OF LAW | JULY 15-23, 2013 | SALZBURG, AUSTRIA | TEACHING | TRANSPORTATION, HOTEL, MEALS |
| 4. | TOURO SYNAGOGUE FOUNDATION | AUGUST 17-18, 2013 | NEWPORT, RI | SPEECH | TRANSPORTATION, HOTEL, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/08/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | RHODE ISLAND STATE HOUSE RESTORATION SOCIETY | AUGUST 19-20, 2013 | PROVIDENCE, RI | SPEECH | HOTEL, MEALS |
| 6. | HARVARD LAW SCHOOL | SEPTEMBER 2-8, 2013 | CAMBRIDGE, MA | TEACHING, SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 7. | UNIVERSITY OF KENTUCKY COLLEGE OF LAW | SEPTEMBER 19-20, 2013 | LEXINGTON, KY | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 8. | UNIVERSITY OF ALABAMA SCHOOL OF LAW | OCTOBER 3-5, 2013 | TUSCALOOSA, AL | SPEECH | TRANSPORTATION, HOTEL, MEALS |
| 9. | SUPREME COURT HISTORICAL SOCIETY | OCTOBER 24-26, 2013 | NEW YORK, NY | SPEECH | TRANSPORATION, MEALS |
| 10. | HISTORICAL SOCIETY OF THE NEW YORK COURTS | OCTOBER 24-26, 2013 | NEW YORK, NY | SPEECH | HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| **KAGAN, ELENA** | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JUSTICE FEDERAL CREDIT UNION ACCOUNT | A | Interest | M | T | | | | | |
| 2. FRANKLIN TEMPLETON MUTUAL BEACON FUND | B | Dividend | L | T | | | | | |
| 3. VANGUARD PRIME MONEY MKT FUND | A | Dividend | K | T | | | | | |
| 4. VANGUARD TOTAL STOCK MKT INDEX ADM | C | Dividend | M | T | | | | | |
| 5. UNIV. OF CHICAGO RET - TIAA TRADITIONAL | B | Interest | K | T | | | | | |
| 6. UNIV. OF CHICAGO RET - CREF STOCK | | None | K | T | | | | | |
| 7. UNIV. OF CHICAGO RET - CREF BOND MARKET VIABILITY ANNUITY | | None | K | T | | | | | |
| 8. UNIV. OF CHICAGO RET - VANGUARD INT-TERM BOND | B | Dividend | K | T | | | | | |
| 9. UNIV. OF CHICAGO RET - VANGUARD WINDSOR FUND | A | Dividend | K | T | | | | | |
| 10. IRA # 1 - FIDELITY MAGELLAN FUND | D | Dividend | M | T | | | | | |
| 11. IRA # 1 - FIDELITY PURITAN FUND | D | Dividend | M | T | | | | | |
| 12. IRA # 1 - FIDELITY INTERMED BOND FUND | B | Dividend | L | T | | | | | |
| 13. IRA # 2 - VANGUARD TOTAL BOND MKT INDEX | A | Dividend | K | T | | | | | |
| 14. IRA # 2 - VANGUARD FED MONEY MKT FUND | A | Dividend | J | T | | | | | |
| 15. IRA # 2 - VANGUARD WELLESLEY INC FUND | C | Dividend | L | T | | | | | |
| 16. IRA # 2 - VANGUARD 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 17. IRA # 2 - VANGUARD INTL EXPLORER FUND | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DREYFUS GNMA FUND - CLASS Z | A | Dividend | J | T | | | | | |
| 19. VANGUARD - GNMA FUND INVESTOR SHARES | A | Dividend | J | T | | | | | |
| 20. CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Dividend | L | T | Distributed (part) | 04/01/13 | J | | |
| 21. SCHWAB S&P 500 INDEX FUND | B | Dividend | M | T | | | | | |
| 22. WASHINGTON, DC - RENTAL PROPERTY | B | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KAGAN, ELENA | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ELENA KAGAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544